UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOLA LUCIO,

    Plaintiff,

v.

CHARLES EDMONDS,

    Defendant.

Case No. 4:19-cv-11771

Hon. Mark A. Goldsmith

| Pete M. Monismith (P78186) | Brett A. Rendeiro (P64792) |
|---|---|
| Attorney for Plaintiff | Butzel Long, a professional corporation |
| 3945 Forbes Ave., #175 | Attorneys for Defendant |
| Pittsburgh, PA 15213 | Stoneridge West |
| (724) 610-1881 | 41000 Woodward Avenue |
| pete@monismithlaw.com | Bloomfield Hills, Michigan 48304 |
|  | (248) 258-1616 |
|  | rendeiro@butzel.com |

**STIPULATED ORDER DISMISSING DEFENDANT AND
AUTHORIZING PLAINTIFF TO FILE AMENDED COMPLAINT**

    This matter came before the Court on the parties' stipulation. Defendant Charles Edmonds' counsel advised Plaintiff's counsel that the restaurant at issue in this matter is owned by Edmonds Enterprise, Inc., not Charles Edmonds. Plaintiff agrees to dismiss Defendant Edmonds without prejudice, based on this representation. Based on the parties' stipulation, and for good cause shown,

    IT IS HEREBY ORDERED that Defendant Charles Edmonds is dismissed without prejudice and without costs or fees to any party;

1

IT IS FURTHER ORDERED that Plaintiff may file an Amended Complaint within fourteen (14) days naming Edmonds Enterprise, Inc. as the Defendant.

SO ORDERED.

| | |
|---|---|
| Dated: August 7, 2019<br>      Detroit, Michigan | s/Mark A. Goldsmith<br>MARK A. GOLDSMITH<br>United States District Judge |

Stipulated as to form and content:

| By: /s/ with consent of Pete M. Monismith<br>Pete M. Monismith (P78186)<br>Attorney for Plaintiff<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>(724) 610-1881<br>pete@monismithlaw.com | By: /s/ Brett A. Rendeiro<br>Brett A. Rendeiro (P64792)<br>Butzel Long, a professional corporation Stoneridge West<br>41000 Woodward Avenue<br>Bloomfield Hills, Michigan 48304<br>(248) 258-1616<br>rendeiro@butzel.com |
|---|---|

2766438