UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Lola Lucio,

                Plaintiff(s),

v.                                          Case No. 2:19–cv–11771–MAG–RSW
                                             Hon. Mark A. Goldsmith

Charles Edmonds, et al.,

                Defendant(s),

_____/

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Whalen pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                     s/Mark A. Goldsmith_____
                                                     Mark A. Goldsmith
                                                     United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                     s/K Sandusky_____
                                                   Case Manager

Dated:   December 2, 2019