UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOLA LUCIO,

    Plaintiff,

v.

EDMONDS ENTERPRISE, INC.,

    Defendant.
_____/

Case No. 19-cv-11771

HON. MARK A. GOLDSMITH

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having been advised that this matter has settled, dismisses the case with prejudice, subject to reopening within 30 days, if the settlement is not consummated, or if the parties stipulate to some other order of dismissal.

    SO ORDERED.

Dated:  March 11, 2020
    Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge